UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ASHLEY HEARD                                                          CIVIL ACTION

VERSUS

FREDERICK BOUTTE, ET AL.                                NO. 21-00569-BAJ-SDJ

### RULING AND ORDER

Before the Court is Petitioner Ashley Heard's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Petition is opposed. (Docs. 8, 9).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 11, the "Report")**, recommending that the Petition be denied as untimely. Petitioner objects to the Report. (Doc. 12).

Petitioner objects to the Magistrate Judge's recommendation that the Court find her claims untimely and not subject to equitable tolling. (Doc. 12 at p. 1). In support of her contention, Petitioner raises arguments directly addressed in the Magistrate Judge's Report. (*See* Docs. 11 at p. 9, 12 at p. 1). Chief among these arguments is that COVID-related restrictions prevented Petitioner from timely filing her Petition. (Doc. 12 at p. 2). However, as noted in the Report, Petitioner does not provide the Court with specific dates for the COVID-related lockdowns, has not addressed whether she was prevented from filing her claim or contacting the Court whatsoever, and courts have consistently found that COVID-related lockdowns do not justify equitable tolling. (Doc. 11 at p. 9 (citing authorities)).

Upon de novo review of the Petition, the State's opposition, the state court record, Petitioner's objection, the Report, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 9th day of October, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**